**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-six,

---

Joseph M. Wilson, an individual,

Plaintiff - Appellant,

v.

OpenAI, Inc., a corporation, OpenAI LP, a limited partnership, OpenAI GP, LLC, a limited liability corporation, OpenAI OpCo LLC, a limited liability corporation, OpenAI Global LLC, a limited liability corporation, OAI Corporation, LLC, a limited liability corporation, OpenAI Holdings, LLC, a limited liability corporation, Samuel Altman, an individual, Gregory Brockman, an individual, Brad Lightcap, an individual, Microsoft Corporation, Satya Nadella, an individual, Kevin Scott, an individual, Does, 1-100, inclusive,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-2653

A notice of appeal was filed on July 27, 2026. The filing fee of $605.00 was due to be paid to the district court by August 10, 2026. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective November 18, 2026 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

